IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL ARNOLD | : | |
| | : | |
| Plaintiff | : | |
| | : | 1:CV-00-2239 |
| v. | : | Judge Kane |
| | : | |
| PAUL ARNOLD and | : | |
| BURLINGTON MOTOR CARRIERS | : | |
| | : | |
| Defendant | : | |

FILED
HARRISBURG

JUN 1 0 2002

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

**O R D E R**

AND NOW, this 7th day of June, 2002, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

_____
Yvette Kane
United States District Judge